UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 13, 2009

**LETTER ORDER**

Re: Cordis Corporation v. Abbott Laboratories, et al.
Civil Action Nos. 07-2265, 07-2477, 07-2728 (JAP)

Cordis Corporation, et al. v. Abbott Laboratories, et al.
Civil Action No. 07-5636 (JAP)

RECEIVED
JAN 13 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Dear Counsel:

The Court has reviewed your correspondence regarding discovery related to the personnel file of Dr. Syed Hossainy and the fact that the parties were unable to reach agreement on the scope of same. After considering the parties' arguments the Court instructs Defendants to produce all of Dr. Hossainy's performance evaluations that were created during his tenure at Abbott. Further, to the extent they exist, Defendants are instructed to produce all documents that tend to demonstrate that Dr. Hossainy's knowledge of and/or work on the PDEF-HFP stent impacted Abbott's decision to hire him.

**IT IS SO ORDERED.**

_____
**HONORABLE TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE**